## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| TODD GUDEAHN | : Civil Action No. 3:13-CV-00890(AVC) |
|     Plaintiff | : |
| | : |
| VS. | : |
| | : |
| GRANITE GROUP WHOLESALERS, LLC | : |
|     Defendants | : SEPTEMBER 27, 2013 |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, counsel for the Plaintiff, upon prior discussions with the Plaintiff and counsel for the Defendant Granite Group Wholesalers, LLC. in the above-captioned cause of action hereby stipulates that this action be voluntarily dismissed by the court with prejudice as against the Defendant. The parties will bear their own legal fees and costs associated with this action.

| | |
|---|---|
| THE PLAINTIFF | The Defendant<br>Granite Group Wholesalers, LLC. |
| By:_____/s/_____<br>    Francis D. Burke<br>    Fed. Bar No. ct18688<br>    MANGINES & BURKE, LLC<br>    977 Farmington Ave, Ste 200<br>    West Hartford, CT 06107<br>    Tel. (860) 233-1000<br>    Fax (860) 233-1000<br>    Email: fburke@aol.com | By:_____/s/_____<br>    Charles E. Vermette (ct07434) |

## **CERTIFICATION**

      This is to certify that on this 27th day of September, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                            _____/s/_____
                                           Francis D. Burke, Esq.